# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TERESITA EDWARDS,<br><br>                    Plaintiff,<br><br>   vs.<br><br>GLORIA EDWARDS,<br><br>and<br><br>ALFRED EDWARDS, JR.,<br><br>                    Defendants. | Civil Action No.  8:12-cv-3761-DKC |

## JOINT INITIAL REPORT

Pursuant to Local Rule 103.9 and the Court's April 4, 2013 Scheduling Order (Dkt. 24), counsel for the parties conferred by telephone on April 15, 2013, and the parties hereby report as follows:

### A.    Request for Early Settlement/ADR Conference

The parties do not request an early settlement/ADR conference at this time, but may request such a conference at a later date.

### B.    Deposition Hours

At this time, the parties do not request any modifications to the limitation of 25 hours per side for fact witness depositions as set forth in the Court's Scheduling Order. (Dkt. 24)

### C.    Consent to Proceed Before a United States Magistrate Judge

The parties do not unanimously consent to proceed before a United States Magistrate Judge.

### D. Electronically Stored Information

The Parties have conferred about discovery of electronically stored information, and agree that electronically stored information may be relevant in this case.

Respectfully Submitted,

_____/s/_____
James L. Quarles, Bar No. 11194
Gregory H. Lantier, Admitted *pro hac vice*
Stuart D. Allen, Admitted *pro hac vice*
Brittany Amadi, Admitted *pro hac vice*
Robert Arcamona, Admitted *pro hac vice*
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Tel:   202-663-6000
Fax:   202-663-6363
Email: James.Quarles@wilmerhale.com
Email: Gregory.Lantier@wilmerhale.com
Email: Stuart.Allen@wilmerhale.com
Email: Brittany.Amadi@wilmerhale.com
Email: Robert.Arcamona@wilmerhale.com

*Attorneys for Plaintiff Teresita Edwards*

Dated: April 17, 2013

_____/s/_____
James E. McCollum, Jr., Bar No. 06448
Amit Kumar Sharma, Bar No. 16660
McCollum and Associates, LLC
7309 Baltimore Avenue, Suite 117
College Park, MD 20740
Tel:   301-864-6070
Fax:   301-864-4351
Email: jmccollum@jmlaw.net
Email: asharma@jmlaw.net

*Attorneys for Defendants Gloria Edwards and Alfred Edwards, Jr.*