# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TERESITA EDWARDS,<br><br>               Plaintiff,<br><br>vs.<br><br>GLORIA EDWARDS,<br><br>and<br><br>ALFRED EDWARDS, JR.,<br><br>               Defendants. | Civil Action No. 8:12-cv-3761-DKC |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED REQUEST TO INCREASE THE NUMBER OF DEPOSITION HOURS

On consideration of Plaintiff Teresita Edwards's ("Plaintiff") Unopposed Request to Increase the Number of Deposition Hours, and for good cause shown,

**IT IS HEREBY ORDERED THAT** Plaintiff's Unopposed Request to Increase the Number of Deposition Hours is **GRANTED**;

**AND IT IS FURTHER ORDERED THAT:**

The number of fact witness deposition hours per side set forth in the Court's initial Scheduling Order entered on April 4, 2013 (Dkt. 24) in the above-captioned case shall be increased from twenty-five hours to seventy-five hours and Plaintiff shall be allowed to take more than ten depositions.

**IT IS SO ORDERED.**

Date: _____   _____
                                                          Hon. Deborah K. Chasanow
                                                          United States District Judge