# EXHIBIT A

# WilmerHale

<u>**Via U.S. Postal Service and Electronic Mail**</u>

May 14, 2013

Stuart D. Allen

+1 202 663 6564 (t)
+1 202 663 6363 (f)
stuart.allen@wilmerhale.com

James E. McCollum, Jr., Esq.
McCollum & Associates, LLC
7309 Baltimore Ave, Ste 117
College Park, MD 20740

Re:  *Edwards v. Edwards, et al.*, 8:12-cv-03761 (D. Md.)

Dear Mr. McCollum:

In the Joint Initial Report filed with the Court on April 17, 2013 (D.E. No. 25), both parties stated that neither believed that modification "to the limitation of 25 hours per side for fact witness depositions" was necessary at that time. However, during the sentencing hearing of Gloria Edwards and Alfred Edwards, Jr. in case 8:11-cr-00316 (D. Md.), which occurred after that joint filing, the defense called five fact witnesses. If you intend on calling most or all of these witnesses at trial, plus the defendants, in this case, we may request modification of the 25 hour deposition limit.

We therefore request that you notify us as soon as possible of the identity of each fact witness you intend to call at trial so that, if necessary, we may timely seek to modify the deposition limit with the Court.

Sincerely,

*/s/ Stuart Allen*

Stuart D. Allen