# EXHIBIT B

LAW OFFICES

## McCOLLUM & ASSOCIATES, LLC

7309 BALTIMORE AVENUE - SUITE 117
COLLEGE PARK, MARYLAND 20740
(301) 864-6070, VOICE   (301) 864-4351, FACSIMILE
jmccollum@jmlaw.net

DISTRICT OF COLUMBIA
MARYLAND
NORTH CAROLINA

VIA E-MAIL (stuart.allen@wilmerhale.com)
AND FIRST-CLASS MAIL

May 20, 2013

Stuart D. Allen, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Re:   Teresita Edwards v. Alfred Edwards, Jr., et al., Case No.: 8:12-cv-3761-DKC

Dear Mr. Allen:

Thank you for your letter dated May 14, 2013.

As discovery is ongoing, we do not know which, if any, fact witnesses Defendants will call at the trial in this matter. However, Defendants will make disclosures in accordance with the Court's Scheduling Order [24] and the Federal Rules of Civil Procedure.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

James E. McCollum, Jr.