# EXHIBIT E

LAW OFFICES
## McCOLLUM & ASSOCIATES, LLC
7309 BALTIMORE AVENUE - SUITE 117
COLLEGE PARK, MARYLAND 20740
(301) 864-6070, VOICE   (301) 864-4351, FACSIMILE
jmccollum@jmlaw.net

DISTRICT OF COLUMBIA
MARYLAND
NORTH CAROLINA

**VIA HAND DELIVERY**

July 12, 2013

Robert Arcamona, Esquire
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

Re:   Teresita Edwards v. Alfred Edwards, Jr., et al., Case No.: 8:12-cv-3761-DKC

Dear Mr. Arcamona:

Thank you for your letter dated June 25, 2013, in which you identify alleged deficiencies in Defendants' discovery responses.

As you know, Defendants reported to their respective correctional facilities on or about June 24, 2013, and are currently committed to the custody of the United States Bureau of Prisons. Therefore, Defendants ability to supplement their discovery responses are made difficult as communications and correspondence to and from Defendants are limited, sporadic, and monitored. Notwithstanding, we write, in good-faith, to respond to your alleged deficiencies as follows:

**Interrogatories**

With respect to Interrogatory No. 1, Defendants have identified the following individuals:

1. Paulette S. Barrett. Ms. Barrett is believed to be the co-owner of Molly Maid located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ms. Barrett may have knowledge regarding the amount of time required to clean Defendants' home.
2. Sonia Brookins. Ms. Brookins' address and telephone number is unknown. Ms. Brookins may have knowledge regarding the complaints made by Plaintiff.
3. Lawrence Brown, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Pastor Brown may knowledge regarding his relationship with Defendants.

4. Ronald Coleman. Mr. Coleman's address and telephone number is unknown. Mr. Coleman may have knowledge regarding Ms. Brookins.
5. Marion Dizon, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Mr. Dizon may have knowledge regarding the complaints made by Plaintiff.
6. Alfred Edwards, Jr., c/o James E. McCollum, Jr., McCollum & Associates, LLC, 7309 Baltimore Avenue, Suite 117, College Park, Maryland, 20740, (301) 864-6070. Dr. Edwards has knowledge regarding all of the factual allegations made by Plaintiff in this matter.
7. Gloria Edwards, c/o James E. McCollum, Jr., McCollum & Associates, LLC, 7309 Baltimore Avenue, Suite 117, College Park, Maryland, 20740, (301) 864-6070. Mrs. Edwards has knowledge regarding all of the factual allegations made by Plaintiff in this matter.
8. Laura Edwards, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Ms. Edwards may have knowledge regarding her previous husband, David Edwards.
9. Teresita Edwards. Plaintiff has knowledge regarding her factual allegations against Defendants.
10. Julie Harris, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Ms. Harris may have knowledge regarding Plaintiff, Defendants, and her relationship with them.
11. Kathy Harris, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Ms. Harris may have knowledge regarding Plaintiff, Defendants, and her relationship with them.
12. Marietta Mendoza, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Ms. Mendoza may have knowledge regarding the complaints made by Plaintiff.
13. Cassandra Nelson, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Ms. Nelson may have knowledge regarding the complaints made by Plaintiff.
14. Lolita O'Donnell, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Ms. O'Donnell may have knowledge regarding Plaintiff, Defendants, and her relationship with them.
15. Melisa Oppenheim. Ms. Oppenheim's address and telephone number is unknown. Ms. Oppenheim may have knowledge regarding the complaints made by Plaintiff.
16. Jocelyn Razo, ▇▇▇▇▇▇▇▇▇ Ms. Razo's address is unknown. Ms. Razo may have knowledge regarding the complaints made by Plaintiff.
17. Edna Rilloraza, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Ms. Rilloraza may have knowledge regarding Plaintiff, Defendants, and her relationship with them.
18. Luz Stock, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Ms. Stock may have knowledge regarding Plaintiff, Defendants, and her relationship with them.
19. Mike Stock, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Mr. Stock may have knowledge regarding Plaintiff, Defendants, and his relationship with them.

2

20. Anita Tafalla, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ms. Taffalla may have knowledge regarding Plaintiff, Defendants, and her relationship with them.
21. Emmanuel Tafalla, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Mr. Tafalla may have knowledge regarding Plaintiff's duties within Defendants' home.
22. Evelyn Tafalla, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ms. Tafalla may have knowledge regarding her relationship with Plaintiff, Defendants, and Plaintiff's duties within Defendants' home.
23. Nicholas Tafalla, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Mr. Tafalla may have knowledge regarding Plaintiff's duties within Defendant's home.
24. Gary Waynes, ▮▮▮▮▮▮ Mr. Waynes' address is unknown. Mr. Waynes may have knowledge regarding Plaintiff's duties within Defendants' home.
25. Christine Williams, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ms. Williams may have knowledge regarding her relationship with Plaintiff.
26. Bruce Williams, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Mr. Williams may have knowledge regarding his relationship with Plaintiff.

With respect to Interrogatory No. 19, Defendants own their home located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ own real property located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and bank at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ In addition Mrs. Edwards owns real property located at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and real property located in ▮▮▮▮▮▮▮▮▮▮

**Document Requests**

With respect to Document Request No. 8, our records indicate that there were 72 exhibits offered by the Government. Exhibits 65-72 were produced to you on June 4, 2013 (bate stamp nos. 000736-000786). The sentencing memoranda in our possession have been produced in the enclosed document production. Finally, any additional documents you seek from the criminal matter may be available through PACER.

With respect to Document Request No. 9, Defendants will search for and supplement their production once released from incarceration.

With respect to Document Request No. 20, Defendants could not locate their tax filings for year 2003.

Finally, Defendants do not posses any documents responsive to Document Requests Nos. 4, 10, 11, 14, 15, and 17, other than the documents produced thus far.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

*James E. McCollum, Jr.*
James E. McCollum, Jr.