IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TERESITA EDWARDS                :
                                :
    v.                          :  Civil Action No. DKC 12-3761
                                :
GLORIA EDWARDS, et al.          :
                                :

**ORDER**

Pending is Defendants' motion for an order requiring Plaintiff to submit to a mental examination. (ECF No. 32).[1] Plaintiff is willing to undergo an examination, but only under two conditions: (1) that her own physician-expert is permitted to be present, and (2) that a "check interpreter" may be present to verify the accuracy of interpretations. (ECF No. 37, at 1).

This court summarized the relevant considerations applicable to a request for a third party to be present at an examination in *Feinman v. Cunningham*, Civ. No. DKC 08-3376, 2009 WL 2499717, at *1-2 (D.Md. Aug. 12, 2009). It stated, in part, that "the party seeking to have the observer present bears the burden of demonstrating 'good cause' for the request under Rule 26(b), . . . as the presence of a third party is not typically necessary or proper." *Id.* (quoting *Tarte v. United States*, 249

---

[1] By the same motion, Defendants requested the extension of certain deadlines under the scheduling order. That relief of the motion was granted on July 31. (ECF No. 34).

F.R.D. 856, 859 (S.D.Fla. 2008)). Plaintiff has not met that burden with respect to her request for her physician/expert to be present. Given the need to ensure accurate communication during the examination, however, there is good cause for Plaintiff to be permitted to bring a second interpreter. She will be permitted to do so at her own expense.

Accordingly, it is this 14th day of August, 2013, by the United States District Court for the District of Maryland, ORDERED that:

1.  Defendants' motion for mental examination (ECF No. 32) BE, and the same hereby IS, GRANTED;

2.  Plaintiff will submit to a mental examination by Defendants' board-certified psychiatrist at a mutually agreeable date and time, and she may be accompanied by a certified Tagalong interpreter, retained at her own expense, who will verify the accuracy of the interpretation; and

3.  The clerk is directed to transmit copies of this Order to counsel for the parties.

                            _____/s/_____
                            DEBORAH K. CHASANOW
                            United States District Judge