**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

TERESITA EDWARDS,

Plaintiff,

vs.

GLORIA EDWARDS,

and

ALFRED EDWARDS, JR.,

Defendants.

Civil Action No. 8:12-cv-3761-DKC

## RESPONSE TO OCTOBER 18 ORDER

Pursuant to the Court's October 18, 2013 Order granting Plaintiff's Motion for Entry of Protective Order (Dkt. 47), counsel for the parties conferred by electronic mail on October 28 and 30, 2013, and the parties hereby agree to the proposed protective order modeled after that found in Appendix D to the Local Rules, attached as Exhibit A.

Dated: November 1, 2013

By: /s/

James L. Quarles, Dist. of Md. Bar No. 11194
Stuart D. Allen, *Admitted pro hac vice,* Md. Bar No. 99285
Brittany Amadi, *Admitted pro hac vice*, Md. Bar No. 99431
Robert Arcamona, *Admitted pro hac vice*, Md. Bar No. 99284
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-663-6000
Fax: 202-663-6363
Email: James.Quarles@wilmerhale.com
Email: Stuart.Allen@wilmerhale.com

Email: Brittany.Amadi@wilmerhale.com
Email: Robert.Arcamona@wilmerhale.com