```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
```

TERESITA EDWARDS                :

    v.                          :   Civil Action No. DKC 12-3761

GLORIA EDWARDS, et al.          :

**ORDER**

The parties filed a joint motion to stay pending settlement. ECF No. 67. They report that they have agreed to terms for settling this litigation and request the court stay this action while the parties take steps to bring their dispute to a close. The motion appears reasonable and will be granted.

Accordingly, it is this 27th day of October, 2014, by the United States District Court for the District of Maryland, HEREBY ORDERED that:

1.  The parties' joint motion to stay pending settlement (ECF No. 67) BE and the same HEREBY IS GRANTED;

2.  This action is STAYED;

3.  Defendants' motion for summary judgment (ECF No. 61) BE and the same HEREBY IS DENIED without prejudice subject to renewal;

4.  The parties are DIRECTED to submit a jointly prepared status report by April 30, 2015; and,

5. The Clerk is directed to transmit a copy of this order to counsel for the parties.

>                    /s/
>    DEBORAH K. CHASANOW
>    United States District Judge